**FILED**

FEB 1 9 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:25-cr-024 |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| TAMARA KAYE RANFELD, | ) | T. 18 U.S.C. § 1343 |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THE GRAND JURY CHARGES:**

## Introduction

At all times material to this Indictment:

1.     The defendant, TAMARA KAYE RANFELD (hereinafter "RANFELD"), was a resident in the Des Moines area, in the Southern District of Iowa.

2.     Company A was a corporation located in Des Moines, Iowa, in the Southern District of Iowa.   Company A provides smart office technology tools and services to clients throughout Iowa and the United States, including door access, video surveillance, data networking, and similar services.

3.     From in or around March 2023 to in or around August 2024, RANFELD was employed at Company A as its Finance Director.   Her annual salary was approximately $70,000.

4.     In her capacity as Company A's Finance Director, RANFELD had access to Company A's accounting system and bank accounts.

1

## The Scheme and Artifice to Defraud

5.      Beginning in or around August 2023, and continuing until in or around August 2024, in the Southern District of Iowa, RANFELD knowingly devised, intended to devise, and participated in a scheme and artifice to defraud Company A, and to obtain money from Company A by means of materially false and fraudulent pretenses and representations, and by concealment of material facts.

6.      It was part of the scheme that RANFELD used Company A funds to make approximately 200 unauthorized payments to RANFELD via checks and electronic banking transfers from Company A's bank account.

7.      It was part of the scheme that RANFELD obtained checks for Company A's checking account ending in -8270 (Company A account).    RANFELD was not an authorized signor on the Company A account.    RANFELD then filled out checks payable to RANFELD and forged the signature of Company A's President on the checks.    RANFELD then endorsed the checks and deposited them into RANFELD's personal bank accounts.    None of these checks were authorized by Company A's President or any other senior management.    RANFELD completed and forged approximately 100 fraudulent checks payable to RANFELD from August 2023 through July 2024.    The fraudulent, unauthorized, and forged checks ranged from a few hundred dollars to as much as approximately $4,000—totaling approximately $245,000.

8.    It was part of the scheme that RANFELD used her online access to the Company A account to initiate unauthorized transfers of funds from the Company A account into RANFELD's personal bank accounts.   None of these electronic funds transfers were authorized by Company A's President or any other senior management.   RANFELD initiated and completed approximately 100 fraudulent transfers from August 2023 through August 2024.   The fraudulent and unauthorized funds transfers ranged from several hundred dollars to as much as approximately $5,000—totaling approximately $295,000.

9.    It was part of the scheme that RANFELD also intentionally concealed from Company A that RANFELD was making these fraudulent and unauthorized payments to herself.   Among other things, at times during the fraud, RANFELD falsely stated to Company A senior management that the finances of Company A were in good shape and that the balance in the Company A account was also in good shape such that Company A did not need to tap any funds in its savings accounts. RANFELD made these statements knowing that they were false and misrepresentations because, as RANFELD knew, RANFELD was depleting the Company A account rapidly.   Had RANFELD truthfully responded to senior management, senior management would have examined the financial records promptly and discovered RANFELD's fraud.   RANFELD also used her access to Company A's accounting systems to make false entries to conceal her fraud.   For example, RANFELD falsely inflated figures in the accounting system for payments to vendors or payroll as part of RANFELD's attempt to disguise the funds flowing out

3

of Company A to RANFELD.    RANFELD presented false accounting reports and similar financial spreadsheets to senior management.    The accounting system, accounting reports and financial documentation did not reflect the electronic funds transfers or checks that RANFELD fraudulently issued to herself.

### Counts 1 – 11
### (Wire Fraud)

10.    On or about the dates listed in the below table, in the Southern District of Iowa, the defendant, TAMARA KAYE RANFELD, for the purpose of executing the scheme and artifice described above, and attempting to do so, did transmit and caused to be transmitted, by means of wire communications in interstate commerce, certain writings, signs, signals, and sounds, including, but not limited to, the interstate wires described below for each count:

| Count | Approximate Date of Wire | Description |
|---|---|---|
| 1 | August 28, 2023 | Data and information necessary to process an electronic funds transfer of $2,000 from the Company A account to RANFELD's bank account, which wire communication was routed from the Southern District of Iowa through the Federal Reserve Bank in Chicago, Illinois before being deposited into RANFELD's account. |
| 2 | September 23, 2023 | Data and information necessary to process the deposit of a $3,500 check issued from the Company A account payable to "Tammy Ranfeld" into RANFELD's bank account, which wire communication was routed from the Southern District of Iowa through the Federal Reserve Bank in Chicago, Illinois before being deposited into RANFELD's account. |
| 3 | November 28, 2023 | Data and information necessary to process an electronic funds transfer of $3,622.76 from the Company A account to RANFELD's bank account, which wire communication was routed from the Southern District of Iowa through the Federal Reserve Bank in Chicago, Illinois before being deposited into RANFELD's account. |
| 4 | December 29, 2023 | Data and information necessary to process the deposit of a $3,838.43 check issued from the Company A account payable to "Tammy Ranfeld" into RANFELD's bank account, which wire communication was routed from the Southern District of Iowa through the Federal Reserve Bank in Chicago, Illinois before being deposited into RANFELD's account. |
| 5 | February 22, 2024 | Data and information necessary to process an electronic funds transfer of $4,007.14 from the Company A account to RANFELD's bank account, which wire communication was routed from the Southern District of Iowa through the Federal Reserve Bank in Chicago, Illinois before being deposited into RANFELD's account. |

| Count | Approximate Date of Wire | Description |
|---|---|---|
| 6 | March 18, 2024 | Data and information necessary to process the deposit of a $3,934.84 check issued from the Company A account payable to "Tammy Ranfeld" into RANFELD's bank account, which wire communication was routed from the Southern District of Iowa through the Federal Reserve Bank in Chicago, Illinois before being deposited into RANFELD's account. |
| 7 | April 25, 2024 | Data and information necessary to process an electronic funds transfer of $3,033.18 from the Company A account to RANFELD's bank account, which wire communication was routed from the Southern District of Iowa through the Federal Reserve Bank in Chicago, Illinois before being deposited into RANFELD's account. |
| 8 | May 18, 2024 | Data and information necessary to process the deposit of a $4,167.67 check issued from the Company A account payable to "Tammy Ranfeld" into RANFELD's bank account, which wire communication was routed from the Southern District of Iowa through the Federal Reserve Bank in Chicago, Illinois before being deposited into RANFELD's account. |
| 9 | June 4, 2024 | Data and information necessary to process an electronic funds transfer of $3,900 from the Company A account to RANFELD's bank account, which wire communication was routed from the Southern District of Iowa through the Federal Reserve Bank in Chicago, Illinois before being deposited into RANFELD's account. |
| 10 | June 28, 2024 | Data and information necessary to process the deposit of a $3,500 check issued from the Company A account payable to "Tammy Ranfeld" into RANFELD's bank account, which wire communication was routed from the Southern District of Iowa through the Federal Reserve Bank in Chicago, Illinois before being deposited into RANFELD's account. |

| Count | Approximate Date of Wire | Description |
|-------|--------------------------|-------------|
| 11 | July 25, 2024 | Data and information necessary to process an electronic funds transfer of $4,211.11 from the Company A account to RANFELD's bank account, which wire communication was routed from the Southern District of Iowa through the Federal Reserve Bank in Chicago, Illinois before being deposited into RANFELD's account. |

Each of the above counts is a violation of Title 18, United States Code, Section 1343.

A TRUE BILL.

FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Adam J. Kerndt
Mikaela J. Shotwell
Assistant United States Attorneys